IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 08-3014-01-CR-W-RED |
| v. ) | |
| ) | |
| RANDY LEE NEIL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Doc. 40). In his Report and Recommendation, the Magistrate Judge recommends that Defendant Randy Neil's motion to quash the search warrant and suppress evidence (Doc. 37) be denied. Defendant filed objections to the Report and Recommendation (Doc. 41). After careful and independent review of the original motion, the Report and Recommendation, and Defendant's objections, the Court **ADOPTS** the Report and Recommendation in full (Doc. 40). For the reasons stated in the Report and Recommendation, the Court **DENIES** Defendant's motion to quash and suppress (Doc. 37), and **OVERRULES** Defendant's objections.

**IT IS SO ORDERED.**

DATE:   May 25, 2009          */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT